UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
KENTUCKY AT LONDON

***To Be Filed Electronically***

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY<br><br>and<br><br>OWNERS INSURANCE COMPANY<br><br>Plaintiffs<br><br>V.<br><br>KENTUCKY HIGHLANDS INVESTMENT CORPORATION,<br><br>OUTDOOR VENTURE CORPORATION,<br><br>J.C. and AZALIE EGNEW,<br><br>L.RAY and LINDA MONCRIEF, and<br><br>STEARNS MANUFACTURING, LLC<br><br>Insured Defendants | ) | NO. 6:13-cv-222-DLB |

**INSURED DEFENDANTS' ANSWER AND COUNTERCLAIMS**

The Insured Defendants, Kentucky Highlands Investment Corporation, Outdoor Venture Corporation, J.C. Egnew and Azalie Egnew, Lloyd Moncrief and Linda Moncrief, and Stearns Manufacturing, LLC, by counsel and for their Answer and Counterclaims state as follows:

1. Paragraphs 1-11 of Plaintiff's Petition are admitted.

2. Paragraphs 12-16 are allegations contained in the "LEEP" lawsuit Complaint and Second Amended Complaint (Jefferson Circuit Court, Div. 2, 13-CI-00086) and do not require an answer. To the extent that any answer is required, these allegations are denied.

3. Paragraphs 17 and 18 are allegations contained in the "Blanken" lawsuit Complaint and Amended Verified Complaint (U.S. District Court, Eastern District of Kentucky, London Division, Case No. 6:13-cv-00047) and do not require an answer. To the extent that any answer is required, these allegations are denied.

4. Paragraphs 19-43 are partial excerpts of the various insurance policies owned by the Defendants, and these documents speak for themselves.

5. Paragraph 44 and 46 are denied.

6. Paragraph 45 is admitted in part and denied in part. The Plaintiffs have appointed lawyers to represent the Insured Defendants, but to date substantially all of the work done on the Insured Defendants' behalf has been done by independent counsel selected by and paid by the Insured Defendants. Reservation of Rights letters have been received, but Defendants deny the assertion that Plaintiffs have no duty to defend.

## COUNTERCLAIMS OF INSURED DEFENDANTS

### COUNT ONE – REIMBURSEMENT OF FEES AND EXPENSES

1. Plaintiffs' have a duty to defend the Insured Defendants. So far, seven different attorneys have been appointed by Plaintiffs to represent one or more of the Insured Defendants in the Leep and Blanken lawsuits. However, substantially all the work done in the Leep litigation and all of work done in the Blanken litigation has been done by counsel selected by and paid by the Insured Defendants, more specifically Duane Cook of Duane Cook & Associates and John T. McGarvey of Morgan & Pottinger.

2. Plaintiffs have not objected to the work of the counsel chosen by Insured Defendants and the work done by counsel chosen by Insured Defendants would otherwise have been done by counsel selected by Plaintiffs.

3. The Insured Defendants are entitled to be reimbursed for their legal fees and expenses incurred to date in connection with their defense of the claims made in the Leep and Blanken litigation.

**COUNT TWO – RIGHT TO INDEPENDENT COUNSEL**

1. The reservation of rights by Plaintiffs creates a divergence of interests between the Plaintiffs and the Insured Defendants. There are common facts at issue in the Leep and Blanken litigation, on the one hand, and these insurance coverage cases, on the other, such that the Leep and Blanken claims could be defended in a manner that would advantage Plaintiffs at the expense of the Insured Defendants.

2. Where a conflict of interest of this type exists, the insurer must provide a completely independent defense of the claims made against its insureds. Where, as in this case, an independent defense of the claims is required, it is the insureds and not the insurer who have the right to select counsel.

3. Insured Defendants are entitled to a determination by this Court that the counsel already selected by the Insured Defendants to defend the Leep and Blanken lawsuits must be paid by Plaintiffs.

WHEREFORE, Insured Defendants respectfully pray for:

1. A declaration that Plaintiffs are required to provide a defense to the claims brought against Insured Defendants in the Leep and Blanken actions.

2. Judgment that Plaintiffs are required to reimburse the Insured Defendants for their costs incurred to date in defending themselves from the Leep and Blanken claims.

3. A declaration that Insured Defendants are entitled to a completely independent defense of the claims, through the counsel they have selected, paid for by Plaintiffs.

4. For their costs incurred in this matter; and

5. For any and all other proper relief to which Insured Defendants may be entitled.

Respectfully Submitted,

*/s/ D. Duane Cook*
D. Duane Cook
Duane Cook & Associates, PLC
135 N. Broadway
Georgetown, Kentucky
Telephone: (502) 570-0022 Fax: (502) 570-0023
Email: duane@duanecookandassociates.com

*Counsel for Defendants Kentucky Highlands Investment Company, Outdoor Venture Corporation, J.C. and Azalie Egnew, L. Ray and Linda Moncrief, and Stearns Manufacturing, LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing pleading via the CM/ECF system which will automatically send notification to the following attorneys for Plaintiff, who are participants in the CM/ECF system:

Victor Maddox
Daniel E. Hancock
Fultz, Maddox, Hovious & Dickens, PLC
2700 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 588-2000
Facsimile: (502) 588-2020
Email: vmaddox@fmhd.com

Catherine M. Sewell
Sewell, O'Brien & Neal, PLLC - Louisville
220 W. Main Street
Suite 300
Louisville, KY 40202
502-582-2030
502-561-0766 (fax)
csewell@sonlegal.com

Peter J. Sewell
Sewell, O'Brien & Neal, PLLC - Louisville
220 W. Main Street
Suite 300
Louisville, KY 40202
502-582-2030
502-561-0766 (fax)
psewell@sonlegal.com

Laurence J. Zielke
Pedley, Zielke, Gordinier & Pence PLLC
462 S. Fourth Avenue
1250 Meidinger Tower
Louisville, KY 40202
502-589-4600
502-584-0422 (fax)
Lzielke@zielkefirm.com

This 20th day of December, 2013.

*/s/ D. Duane Cook*
D. Duane Cook
Duane Cook & Associates, PLC
135 N. Broadway
Georgetown, Kentucky 40324