UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

**CIVIL ACTION NO. 13-222-DLB-HAI**

AUTO-OWNERS INSURANCE COMPANY
and OWNERS INSURANCE COMPANY                                                    PLAINTIFFS


vs.                            <u>SCHEDULING AND REFERRAL ORDER</u>


J.C. EGNEW, et al.                                                                         DEFENDANTS

*** *** *** ***

Pursuant to Federal Rule of Civil Procedure 16, the Court, having considered the parties' Rule 26(f) Report (Doc. # 26), hereby enters the following Scheduling Order to facilitate the disposition of this case:

**(A)   DEADLINES AND CASE SCHEDULE**

  (1)   <u>Rule 26(a)(1) disclosures</u> – on or before **February 12, 2014**
        *These disclosures should not be filed in the Court record.*

  (2)   <u>Motions to join parties or amend pleadings</u>
        from Plaintiffs – on or before **September 30, 2014**
        from Defendants – on or before **October 30, 2014**

  (3)   <u>All discovery</u> – on or before **December 19, 2014**
        *Discovery shall be subject to the limitations proposed by the parties in their Report of Parties' Planning Meeting filed on January 30, 2014. Supplementation pursuant to Rule 26(e) shall be due on or before September 12, 2014.*

  (4)   <u>Status report</u> – on or before **December 19, 2014 (close of discovery)**
        *The report should indicate the progress of the case and status of settlement negotiations, the likelihood of settlement, and the feasibility of alternative dispute resolution, including the parties' views on the method of resolution (i.e., mediation, arbitration, settlement conference with the Court, summary jury trial, etc.).*

(5) <u>Dispositive motions</u> – on or before **February 6, 2015**

(6) <u>Copies of Memoranda</u>
*A court courtesy copy of briefs and memoranda in support of motions must be provided **TO CHAMBERS** within 48 hours of electronic filing; said courtesy copy should be in paper form or electronic format (using Word or WordPerfecet) emailed to Judge Bunning's Chambers at:* dbunningmemos@kyed.uscourts.gov

**(B) REFERRAL TO MAGISTRATE JUDGE & PRE-TRIAL DISCOVERY PROCEDURE**

(1) This case is hereby **referred** to Magistrate Judge Hanly A. Ingram to supervise discovery and pretrial proceedings. In connection with such reference, said Magistrate Judge is authorized to conduct all pretrial and status conferences, to hold all hearings as may be required, and to rule on nondispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A), except motions *in limine*. *See Brown v. Wesley's Quaker Maid, Inc.*, 771 F.2d 952 (6th Cir. 1985). Dispositive motions and motions *in limine* will be referred by the Clerk of Court to the undersigned. The case will revert back to the undersigned to hold the final pretrial conference and trial.

(2) Discovery disputes shall be resolved in the following manner: (a) Parties shall meet and/or confer in an attempt to resolve disputes between themselves, without judicial intervention; (b) if the parties are unable to resolve such disputes information, they shall attempt to resolve their disagreement by telephone conference with the Magistrate Judge; (c) if, and only if, the parties are unable to resolve their disputes after conference with the Magistrate Judge, they may file appropriate written motions with the Court. Written motions regarding discovery shall include the certification required by Local Rule 37.1.

This 31st day of January, 2014.



Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\London\2013\13-222 Scheduling Order.wpd