UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON
CIVIL MINUTES-GENERAL

CASE NO. 6:13-cv-47-DLB-HAI (LEAD CASE) AT: LONDON DATE: 11/24/2014
6:14-cv-202-DLB & 6:13-cv-222-DLB

| | |
|---|---|
| STYLE: | Roger L. Blanken v. Kentucky Highlands Investment Corporation, et. al. |

PRESENT: HON. **DAVID L. BUNNING**, U.S. DISTRICT JUDGE

Rebecca Chaney
Deputy Clerk

Sandy Wilder
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF ROGER L. BLANKEN:
1) Victor B. Maddox

ATTORNEYS PRESENT FOR DEFENDANT KENTUCKY HIGHLANDS INVESTMENT CORP, OUTDOOR VENTURE CORP & STEARNS MANUFACTURING, LLC:
1) D. Duane Cook
2) Deanna M. Tucker
3) Walter L. Porter

ATTORNEYS PRESENT FOR DEFENDANT LEEP, INC.:
1) None

ATTORNEYS PRESENT FOR 3RD PARTY DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY:

1) Brian D. Harrison
2) Edward H. Stopher

ATTORNEYS PRESENT FOR PLAINTIFFS AUTO-OWNERS INSURANCE COMPANY AND OWNERS INSURANCE COMPANY:
1) Catherine M. Swell
2) Peter J. Swell

ATTORNEYS PRESENT FOR DEFENDANTS J.C. EGNEW, *INDIVIDUALLY*, AZALIE EGNEW, LLOYD MONCRIEF, LINDA MONCRIEF, L. RAY MONCRIEF, KENTUCKY HIGHLANDS INVESTMENT CORP/KENTUCKY HIGHLANDS DEVELOPMENT CORPORATION:
1) D.Duane Cook

ATTORNEY PRESENT FOR 3RD PARTY DEFENDANT GRANGE MUTUAL CASUALTY:
1) Blake Nolan for James W. Taylor

ATTORNEY PRESENT FOR 3RD PARTY DEFENDANT SCOTTSDALE INDEMNITY CO.
1) Jill Fran Endicott

PROCEEDINGS: **Rule 16 Status Conference**

This matter was called for a Rule 16 Status Conference with counsel and parties present as noted. The Court having heard discussion of counsel, and for the reasons as stated on the record **ORDERS** as follows:

1. The motion to dismiss filed in 6:14-CV-202-DLB, [DE 10] by defendants, Kentucky Highlands Investment Corporation, Outdoor Venture Corp., and Stearns Manufacturing, LLC, is withdrawn and is therefore

**DENIED**.

2. For the reasons as stated on the record, 6:13-cv-222-DLB is severed from 6:13-CV-47-DLB and the Order of Consolidation filed at DE [53] in 6:13-CV-222-DLB is therefore, **VACATED IN PART**, as it relates to 6:13-CV-222-DLB. 6:14-CV-202 will remain consolidated with 6:13-CV-47.

3. In Case No. 6:13-CV-222-DLB, the parties shall submit an agreed order extending the deadline for completion of discovery for 90 days. The parties are granted leave to address limited discovery regarding the related LEEP, Inc. matter now pending in the Jefferson Circuit Court in the proposed agreed order.

4. In Case No. 6:13-CV-222-DLB, motions for summary judgment shall be filed within 30 days of the close of discovery. The parties' proposed agreed order shall set a briefing schedule for those motions.

5. All parties having indicated a willingness to mediate their cases. Thus, **no later than December 10, 2014**, the parties shall file with the Court a Notice of Availability, setting forth in the Notice the dates counsel are available for mediation as well as the estimated time needed to complete mediation.

Copies: COR

TIC: 53 Minutes

G:\DATA\ORDERS\London\2013\13-47 - Minutes 11-24-14 Rule 16 Status Conference.wpd